1  MICHAEL COSENTINO, ESQ., State Bar No. 83253
   Attorney at Law
2  P.O. Box 129
   Alameda, CA 94501
3  Telephone: (510) 523-4702

4  Attorney for Plaintiff
   United States of America

5

6

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,           CV 08         2083

11           Plaintiff,                Case No.

12      v.                             COMPLAINT
                                       (Student Loan\Debt Collection Case)
13 KATHLEEN PREVOST aka KATHERINE PREVOST,

14           Defendant(s).
   _____/
15
   Plaintiff, through its attorney, alleges:
16
        1.   Jurisdiction: The Court has jurisdiction of this action under 28 U.S.C. Section
17
   1345.
18
        2.   Defendant resides in the Northern District of California.
19
        3.   Defendant owes plaintiff $1,096.85, plus additional interest according to the
20
   Certificate of Indebtedness, a copy of which is annexed hereto as Exhibit A.
21
        WHEREFORE, plaintiff demands judgment against defendant for the sum of
22
   $1,096.85, additional interest to the date of judgment, attorney's fees in the amount of
23
   33.33% of the debt, and court costs.
24

25 Date: April 18, 2008
                                       _____
26                                     LAW OFFICE OF MICHAEL COSENTINO
                                       By: MICHAEL COSENTINO
27                                     Attorney for the Plaintiff
                                       United States of America
28

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS

NAME: Kathleen Prevost
ADDRESS: 546 Grant Ave.
San Francisco, CA 94108
SSN: 8288

Total debt due United States as of: 12/27/95 $1,708.00.

I certify that U.S. Department of Education records show that the debtor named above is indebted to the United States in the amount stated above, plus additional interest on the principal balance of $1,096.85 from the Chase Manhattan Bank, New Hyde Park, NY at the annual rate of 7%. Interest accrues on the principal amount of this debt at the rate of $0.21 per day.

The claim arose in connection with a Government insured or guaranteed loan made by a private lender and assigned to the United States.

On 11/29/81, the debtor executed promissory note(s) to secure loan(s) under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 USC 1071 et. seq. (34 C.F.R. Part 682). The holder demanded payment according to the terms of the notes(s) and on 08/21/85 the debtor defaulted on the obligation.

Pursuant to 34 C.F.R. 682.202 and/or terms of the promissory note the holder(s) capitalized interest accrued to the original lender in the amount of $97.23.

After application of the last voluntary payment of $0.00 which was received on n/a the debtor now owes the following:

| | |
|---|---|
| Principal | $1,096.85 |
| Interest: | $611.15 |
| Administrative/Collection Costs: | $0.00 |
| Penalties: | $0.00 |

CERTIFICATION: Pursuant to 28 USC Section 1746, I certify under penalty of perjury that the foregoing is true and correct.

1/4/56
Date

Loan Analyst
Litigation Branch

EXHIBIT A

NOVEMBER 1995                                                                                       B3-2/ED-LITGN/COIFSL.DOC